**Exhibit A to the Complaint**

**Location:** Woodbury, NJ  **IP Address:** 72.82.245.209
**Total Works Infringed:** 24  **ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: D0A96D8E20B0845DFE87513A58AEA8D433FD1497<br>File Hash:<br>4DB80E9F098D29BD50BD7395D48047B5FC6EA87F3E7FD832A29BC8C2D03BFE44 | 02-27-2023 22:02:57 | Tushy | 02-26-2023 | 03-06-2023 | PA0002399996 |
| 2 | Info Hash: 47C5663531EF1CD2F3572E655B9FBBB1800F5C3F<br>File Hash:<br>08D137A06C6A8DB563760478B4F5B1AFCBD6CFD3A4AAA33050BAF9FA36B0276C | 02-15-2023 15:45:52 | Blacked Raw | 02-13-2023 | 03-06-2023 | PA0002399991 |
| 3 | Info Hash: CE8EC1A831E1DC2775AEBAF0F00CA27AB0E0B982<br>File Hash:<br>E08672F3ED6BE95A0D92451A86A84919B434B0AE2638C1F04F71250E58668C31 | 02-06-2023 13:08:52 | Tushy | 02-05-2023 | 03-07-2023 | PA0002400315 |
| 4 | Info Hash: 33A98ED004EDF2DD0EA5BE4CBABC6DD9DFC5B8CB<br>File Hash:<br>7CB32F15EB82D50C302B2AD52DD3DB0A8DBC272DD06ADE5AC559C3C97DCA68E4 | 01-30-2023 13:19:05 | Tushy | 01-29-2023 | 03-07-2023 | PA0002400310 |
| 5 | Info Hash: 3FBEAF8E03174138316808AACE0F870F4A60FB3F<br>File Hash:<br>0BB3E0956F53D7007A153057B6F49B3438560CBBBB51BA0324AB3484035944CE | 01-16-2023 13:38:08 | Tushy | 01-15-2023 | 01-27-2023 | PA0002393083 |
| 6 | Info Hash: 6CDEB8C8E8F9624BEA9225C82F988666C6444946<br>File Hash:<br>BD6BD57761088765FF1989B6A7DCABB6C885292DA248A9D7729AECA0D6244749 | 01-09-2023 13:16:29 | Tushy | 01-08-2023 | 01-27-2023 | PA0002393072 |
| 7 | Info Hash: 2E35D1DFCCF96D478CAB034DFC0715664BA7F4DD<br>File Hash:<br>C4230143A2AD8F01C63706C50E2D71A7A83C8BC2A4E482EDE908854AC98D8243 | 01-04-2023 13:01:10 | Tushy | 06-15-2017 | 07-07-2017 | PA0002070815 |
| 8 | Info Hash: 8E982B67CA4D67AD1D211959E642E8E9F591C120<br>File Hash:<br>6A3CC94D8AC45692DDCB4BB6458BBA573972CD56A872BE750DAEE679F5B545E2 | 01-02-2023 15:19:29 | Tushy | 01-01-2023 | 01-10-2023 | PA0002389579 |
| 9 | Info Hash: CB2DB113FDBD1F49FACF28C2C8C70A0A62059D07<br>File Hash:<br>D01AC50CB88710977B35A77072BD3919A5D8C5D39F46B1F8EA460707E8608520 | 12-26-2022 14:35:25 | Tushy | 12-25-2022 | 01-10-2023 | PA0002389583 |
| 10 | Info Hash: E3D74E5541528B62DD9077A4472FF8774FD8DF59<br>File Hash:<br>E7638BC8A3A152CEE6024CF93413945F8BBD147784E7CD0F83155F0B180417B9 | 12-21-2022 16:01:49 | Blacked Raw | 12-20-2022 | 01-09-2023 | PA0002389608 |
| 11 | Info Hash: 194B7A4996A6786F24552D2A6C84D09B486BE469<br>File Hash:<br>8D1B553B5E8011BB58BA9D436D3BF3294ABB266A5073DCDAA2A87B56E9C9FCB9 | 12-19-2022 13:07:31 | Tushy | 12-18-2022 | 01-10-2023 | PA0002389612 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 808D0DACC7E9FBB35EE771957354DFF788D34F47<br>File Hash: C1168F6A49577C2D26E15D18ED3F1EDE7096F3EAAD0B5A53F4CACE7672C77937 | 12-12-2022 13:23:51 | Tushy | 12-11-2022 | 01-10-2023 | PA0002389623 |
| 13 | Info Hash: 2567F27A666410D01724F51D2E2AA9A349ED0AFD<br>File Hash: 57F629991A6CDA7DD311EE5ED8DA1A390DFEAE042B1E21115084B60BF22E4DE7 | 11-28-2022 19:28:08 | Blacked Raw | 11-25-2022 | 12-11-2022 | PA0002384771 |
| 14 | Info Hash: 444F00AD47BF37250EDEC9E71512628A18A7662B<br>File Hash: E8F05B553DD1403C6131F3130036E29FEE1BC1CC5509DFB9F71F2DC921F50922 | 11-28-2022 13:44:10 | Tushy | 11-27-2022 | 12-11-2022 | PA0002384751 |
| 15 | Info Hash: 24E9045D6E0CA4035B0D5BEE8AFD227C2F3AFFA2<br>File Hash: 83D4E90F31F5FA22E3F05A7B41A37BF3AF8E7F5C1E973D86002B675C5E8E5CEA | 11-21-2022 16:48:38 | Blacked Raw | 11-20-2022 | 12-11-2022 | PA0002384733 |
| 16 | Info Hash: AB062E9AEA87CEC3CCAE851F849174FA4140FFBA<br>File Hash: 8B534E44DDFA5362B05BD916A6EF45716B09742DBE8B68D21295A0CCC331460A | 11-07-2022 22:07:33 | Tushy | 11-06-2022 | 12-11-2022 | PA0002384747 |
| 17 | Info Hash: F03C19E73FD73E2C5CCBB54751B3325D9C91F2E7<br>File Hash: AFF28110969937078B94F56371672B60C79C98F9F2B4BB51F76157DEB7F03C9C | 11-01-2022 12:32:10 | Blacked Raw | 10-31-2022 | 12-11-2022 | PA0002384770 |
| 18 | Info Hash: D96409E94865334DB4C5E985DA31D75C97566204<br>File Hash: F68F78B62AC3481C50BEB823F39157DAB834C8DB83475B9EE06F6861E47F3260 | 10-24-2022 21:56:42 | Tushy | 10-23-2022 | 10-31-2022 | PA0002377815 |
| 19 | Info Hash: BD6F47936377A54BF93F18AD88372D3D36C3975E<br>File Hash: 41DCDA508BC2B94C561CD2D990D53D744596B6BFD8E3DC91BFEEF6F1EA17A39A | 10-03-2022 11:30:44 | Blacked Raw | 10-01-2022 | 10-31-2022 | PA0002377811 |
| 20 | Info Hash: F85F71DA365490122ED4143E8671D6CA36E80124<br>File Hash: 3F7C3A7C2A70861A5D2E9F337E4A379BF8D4C49E9F831B733DFFA088A279CF85 | 10-03-2022 11:30:34 | Tushy | 10-02-2022 | 11-27-2022 | PA0002388605 |
| 21 | Info Hash: 3FD88440B9B646958209E01462A1A22A0A70DB42<br>File Hash: E9F3660EB38393B7C7CEFA03B0BE0801C92A633F001EA49162E280B6FB53E55E | 09-27-2022 16:13:00 | Blacked Raw | 09-26-2022 | 10-31-2022 | PA0002377828 |
| 22 | Info Hash: 51C17C0D7D71353275321376EA757309785CD03A<br>File Hash: 15F57588F6DFB9E2F09743A98FE6A12D90597A773866F4EBC843D3FD93B27BCE | 09-14-2022 12:29:55 | Tushy | 09-11-2022 | 10-05-2022 | PA0002373765 |
| 23 | Info Hash: 37A113E7812CE3A6E9AA5DC3E6BAD7604000771C<br>File Hash: FB67C7CD80CEBFE4CEF574F6A19ED8B35FF92DB7458CA42570C7CCD270892191 | 08-18-2022 13:20:42 | Tushy | 08-14-2022 | 08-30-2022 | PA0002367744 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 90BEDE1C87FEF47FC502567EF05EDA19FC678383<br>File Hash: 1C3652BCCE2E0E7EE5FA9B6F3B93191E60F451482D7D4719175314D8D20782C6 | 08-02-2022 18:04:02 | Tushy | 07-31-2022 | 08-30-2022 | PA0002367738 |